# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MYLES DAMON MARSHALL | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV413-175 |
| STATE OF GEORGIA, | ) ) | |
| Respondent. | ) ) | |

## ORDER

Convicted of state crimes (he does not say which) Myles Damon Marshall recently wrote to the United States District Court Northern District of Georgia seeking advice. He provided (in rambling fashion) some prosecution details and then asked this question: "How do I under these circumstances go about having my case go through the proper channels for appeal being indigent." Doc. 1 at 2. Rather than respond to Marshall, that court noted that he specified a Chatham County, Georgia conviction and transferred his case here. Doc. 3. The Clerk, in turn, took an educated guess and labeled this a "habeas" case, then selected "Unknown" as the respondent.

At a minimum, the State of Georgia is Marshall's custodian so -- for the moment -- it is the proper respondent. The Court thus has amended the caption, the Clerk shall amend the docket caption accordingly, and all subsequent filings shall conform. The Court **DIRECTS** the Clerk to send Marshall both a 28 U.S.C. § 2254 and an *in forma pauperis* form. Marshall shall either seek relief using those forms or not at all, since Courts do not dispense legal advice, especially to those who seek it by filing a federal case. He has 30 days to respond or face dismissal of this proceeding.

**SO ORDERED** this 17th day of July, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA