FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 SEP 25 PM 2:11

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MYLES DAMON MARSHALL, )
)
    Petitioner, )
)
v. ) CASE NO. CV413-175
)
SCOTT CRICKMAR, Warden, )
)
    Respondent. )
_____)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 11). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the 28 U.S.C. § 2254 Petition is **DISMISSED.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of September 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA