IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MYLES DAMON MARSHALL,

    Petitioner,

v.

    CASE NO. CV413-175

SCOTT CRICKMAR, Warden,

    Respondent.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which objections have been filed (Doc. 11). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the 28 U.S.C. § 2254 Petition is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of September 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA